# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**William Lopez-Ixcot**<br>YOB: 1984; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-08539MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 21, 2020, at or near Naco, in the District of Arizona, **William Lopez-Ixcot**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on January 9, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**William Lopez-Ixcot** is a citizen of Guatemala. On January 9, 2020, **William Lopez-Ixcot** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On February 21, 2020, agents found **William Lopez-Ixcot** in the United States at or near Naco, Arizona, without the proper immigration documents. **William Lopez-Ixcot** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJQ<br>AUTHORIZED AUSA /s/ Lita Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 24, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54